UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAROLYN MARTINEZ,

                    Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

**ORDER**

20 Civ. 8201 (NSR) (PED)

**PAUL E. DAVISON, U.S.M.J.:**

    On October 19, 2021, defendant filed a motion for judgment on the pleadings.

    Plaintiff's opposition to the motion, if any, was due 60 days thereafter. To date, no opposition to the motion has been filed.

    In recognition of the fact that plaintiff is proceeding *pro se*, this Court *sua sponte* grants plaintiff 30 days from this date, until **April 4, 2022**, to file any opposition she chooses to submit.

    If plaintiff does not oppose defendant's motion, this Court will decide the motion based solely on defendant's submission.

Dated: March 4, 2020
       White Plains, New York

**SO ORDERED.**

_____
PAUL E. DAVISON, U.S.M.J.

Chambers mailed a copy of this Order to:
Carolyn Martinez
1432 Minford Place
Apt. 1
Bronx, NY 10460