**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CAROLYN MARTINEZ,

               Plaintiff,                          20 **CIVIL** 8201 (NSR)(PED)

       -v-                                **JUDGMENT**

KILOLO KIJAKAZI, ACTING COMMISSIONER
OF SOCIAL SECURITY ADMINISTRATION,
               Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2022, the R&R is adopted in its entirety. Defendant's motion for judgment seeking to have the matter remanded for further proceedings is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 30, 2022

                                                              **RUBY J. KRAJICK**

                                                               _____
                                                                  **Clerk of Court**
                                           **BY:**    *K. Mango*
                                                                  _____
                                                                  **Deputy Clerk**